IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No.  3:09cr19

RODGERICK LAMONT MCMAHON,       JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DELAYING A DECISION ON FINAL DISPOSITION, PENDING FURTHER COMPLIANCE BY DEFENDANT; INTERIM CONDITIONS SET FORTH; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NEITHER COUNSEL FOR THE GOVERNMENT NOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION

---

On May 3, 2019, the Defendant, having previously been found in violation of his supervised release, a status that began January 31, 2018, came into Court for interim disposition.

Pursuant to the record made on the aforesaid May 3, 2019, this Court, although finding Defendant in violation of his supervised release, deferred a decision as to final disposition. Rather, this Court ordered the Defendant released to a halfway house facility, Cornerstone, in Cincinnati, Ohio, as soon as bed space becomes available. Mr. McMahon is to reside at said halfway house for a period of six months' time. As soon as the personnel at the Cornerstone Project deem him ready to seek employment opportunities, he is to be given every opportunity to do so.

Should bed space become available in a halfway house facility in Columbus, Ohio, on or before mid-July, 2019, and, further, should Defendant wish to reside therein, the Court will consider a transfer from Cincinnati to the halfway house facility in Columbus.

As conditions of this interim disposition, Defendant is to fully comply with the Reentry/Supervision Plan presented to this Court, and agreed to by the Defendant, on January 25, 2019.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same. Neither counsel for the Government nor the Defendant had any objections to this Court's disposition.

It is the request of this Court that the United States Probation Department furnish the undersigned with monthly status reports on the Defendant's progress every 45 days, the first such report being due 45 days from date of this Entry.

May 3, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Kelvin Gover, USPO